MARY PULVERE, Appellant, v. CITY OF FULTON and Others, Defendants, Impleaded with JAMES MEHEGAN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. The disposition of this motion depended

upon the state of the record at the time the motion for a nonsuit was granted. Consequently the affirmance does not prevent a motion for a new trial upon the ground of evidence discovered by the plaintiff subsequent to the granting of the motion for a nonsuit. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.